JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ANTONIO CHAVEZ, | ) No. 22-5649-AGR |
| Plaintiff, | ) |
| v. | ) [PROPOSED] JUDGMENT OF REMAND |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court having approved the parties' Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATE: January 30, 2023

*Alicia G. Rosenberg*
THE HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

1